IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LASHEA M. COOKS et al.                                                                                    PLAINTIFFS

v.                                          Civil No. 4:21-cv-04084

MCKENZIE HARRIS et al.                                                                                  DEFENDANTS

## ORDER

Before the Court is a Motion to Strike Claims Pursuant to FRCP 11(a) filed by Defendants Steve King and Southern Health Partners, LLC. ECF No. 7. With this Motion, Defendants seek to strike Plaintiffs LaShea M. Cooks, Jason D. Woods, and ShamaJay D. Woods because they have not complied with Rule 11(a) of the Federal Rules Civil Procedure.

Under this Rule, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number." In this case, Plaintiffs LaShea M. Cooks, Jason D. Woods, and ShamaJay D. Woods have not complied with this rule.

**Accordingly, Plaintiffs LaShea M. Cooks, Jason D. Woods, and ShamaJay D. Woods must comply with FRCP 11(a) and supply this information by Friday, January 7, 2022. If Plaintiffs fail to comply with this Order, Defendants may re-urge this motion, and this Court may recommend this case be dismissed for failure to prosecute this action and failure to follow an order of this Court. At this time, Defendants' Motion (ECF No. 7) is DENIED.**

**DATED** this **15th day of December 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE