IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LASHEA M. COOKS et al.                                                                                    PLAINTIFFS

v.                                         Civil No. 4:21-cv-04084

MCKENZIE HARRIS et al.                                                                                DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiffs filed the current *pro se* Complaint against Defendants. ECF No. 1. This matter has been referred to the undersigned and is now ripe for consideration.

Plaintiffs filed this Complaint on November 12, 2021. ECF No. 1. After Plaintiffs filed this Complaint, Defendant King and Southern Health Partners, L.L.C. filed a Motion to Strike Claims Pursuant to Federal Rule of Civil Procedure 11(a) because all Plaintiffs did not "sign all pleadings and provide their address, e-mail address, and telephone number." ECF No. 7. This Court denied that request to strike but did direct Plaintiffs Latesha M. Cooks, Jason D. Woods, and Shamajay D. Woods to comply with Federal Rule of Civil Procedure 11(a) "**and supply this information by Friday, January 7, 2022.**" ECF No. 11. The Court also clearly explained that a failure to comply with this deadline could result in dismissal of this action: "**this Court may recommend this case be dismissed for failure to prosecute this action and failure to follow an order of this Court.**"

Plaintiffs have not complied with the order of the Court and have not supplied the required information by the deadline designated by this Court: January 7, 2022. Accordingly, based upon these facts and Plaintiffs' failure to prosecute this action, I recommend the claims of Latesha M. Cooks, Jason D. Woods, and Shamajay D. Woods be **DISMISSED WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 41(b). *See also Link v. Wabash R.R. Co.,* 82 S.Ct. 1386 (1962) (recognizing

that consistent with Rule 41(b) of the Federal Rules of Civil Procedure, a district court has the "inherent power" to dismiss a case *sua sponte* without affording notice or providing a hearing). The Court therefore recommends Defendants King and Southern Health Partners, L.L.C.'s Motion to Strike (ECF No. 13) be **GRANTED**.

The claims of Plaintiff Evera Cooks, who signed the Complaint, should remain for further consideration.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**DATED this 13th day of January 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE