IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LASHEA M. COOKS, *et al.*     PLAINTIFFS

v.     Case No. 4:21-cv-4084

MCKENZIE HARRIS, *et al.*     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on January 13, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that the claims of Plaintiffs LaShea M. Cooks, Jason D. Woods, and ShamaJay D. Woods be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failing to prosecute this action and follow an order of the Court.

No party has filed an objection not the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review and finding Judge Bryant's reasoning sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Accordingly, the claims of Plaintiffs LaShea M. Cooks, Jason D. Woods, and ShamaJay D. Woods are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge