IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EVERA COOKS                                                                                       PLAINTIFF

v.                                        Case No. 4:21-cv-4084

MCKENZIE HARRIS, et al.                                                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on August 1, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27.  Judge Bryant recommends that Defendants Steve King and Southern Health Partners, LLC's Motion to Dismiss (ECF No. 25) be granted because Plaintiff has failed to join indispensable parties.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 27) *in toto*.  Accordingly, Defendants Steve King and Southern Health Partners, LLC's Motion to Dismiss (ECF No. 25) is hereby **GRANTED** and Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge